No. 680, Misc. YARBROUGH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 714, Misc. LAMBERTSON *v.* NEW YORK ET AL. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. · Certiorari denied.

No. 715, Misc. PENNSYLVANIA EX REL. PAYLOR *v.* JOHNSTON, WARDEN. Superior Court of Pennsylvania. Certiorari denied.

No. 716, Misc. CARROLL *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 721, Misc. LAZAROWITZ ET AL. *v.* VITALE ET AL. Court of Appeals of New York. Certiorari denied.

No. 726, Misc. BINDER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 729, Misc. NEW YORK EX REL. DELLAQUILA *v.* MARTIN, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 736, Misc. WHITMORE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.